(131 So. 916)

## Jack T. COURSON, alias Carson v. STATE.
### I Div. I5.

Court of Appeals of Alabama.
Jan. 2, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.

(131 So. 916)

## Henry COX v. STATE.
### 5 Div. 810.

Court of Appeals of Alabama.
Dec. 16, 1930.

Chas. S. Moon, of Lafayette, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.
Affirmed.

(130 So. 919)

## J. J. CRANE, Adm'r, etc., v. R. P. HALL et al.
### 7 Div. 707.

Court of Appeals of Alabama.
Oct. 1, 1930.

PER CURIAM.
Appeal dismissed by consent.

(132 So. 912)

## A. A. CRAWLEY v. STATE.
### 8 Div. 40.

Court of Appeals of Alabama.
Jan. 27, 1931.

BRICKEN, P. J.
Appeal dismissed.

(137 So. 918)

## Gilbert CROCKER v. CITY OF TUSCA-LOOSA.
### 6 Div. 224.

Court of Appeals of Alabama.
Nov. 27, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(130 So. 920)

## Charlie CROCKETT v. STATE.
### 4 Div. 729.

Court of Appeals of Alabama.
Nov. 18, 1930.

RICE, J.
Affirmed.

(129 So. 923)

## Oliver CULPEPPER v. STATE.
### 7 Div. 645.

Court of Appeals of Alabama.
June 30, 1930.

C. A. Wolfes, of Ft. Payne, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.
The evidence was in conflict, and there is no such preponderance in favor of defendant as would authorize this court to hold that the trial judge committed error in overruling the defendant's motion for a new trial.

Questions arising on rulings on demurrer are settled against defendant in Williams v. State, 23 Ala. App. 53, 122 So. 460, Dixon v. State, 23 Ala. App. 279, 124 So. 506, and Weaver v. State, 23 Ala. App. 353, 125 So. 800.

There is no error in the record, and the judgment is affirmed.

Affirmed.